Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

**E-filed 8/1/05**

(408) 286-5150

Attorney for plaintiff WILLIAM CHESNEY

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM CHESNEY,<br>　　　　　　　　*Plaintiff,*<br>v.<br><br>CITY OF SAN JOSE, a municipal corporation; WILLIAM LANSDOWNE, individually and in his former capacity of Chief of Police for the City of San Jose; OFFICER DELORENZO, BADGE NO. 3796, individually and in his capacity as a San Jose police officer; JOHN DOE and RICHARD ROE, individually and in their capacity as Police Officers for the City of San Jose, the identity and number of whom is unknown to plaintiff; and DOES 1 through 25, inclusive,<br>　　　　　　　　*Defendants.* | No. C 04-0039 JF<br><br>**STIPULATION TO CONTINUE TRIAL** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

　　1.　　All non-expert/fact discovery must be completed by October 7, 2005;

　　2.　　Expert disclosure must be completed by October 7, 2005. Any counter designation of experts must be completed by October 14, 2005.

　　3.　　All expert discovery must be completed by October 21, 2005.

4. The final hearing date for any and all dispositive motions will be held on October 28, 2005 at 9:00 a.m.

6. A pre-trial conference will be conducted on November 11, 2005; the joint pre-trial conference statement is due November 3, 2005

7. Trial shall commence on November 14, 2005.

Both counsel are planning vacations in August, and plaintiff's counsel is taking his son on a college planning trip in August. Plaintiff's counsel was additionally involved in a month long trial in Stockton that significantly disrupted his practice and has put everything back by at least a month.

Dated: 27 July 2005

**LAW OFFICES OF ANTHONY BOSKOVICH**

By: [signature]
ANTHONY BOSKOVICH,
Attorney for Plaintiff William Chesney

Dated:

**OFFICE OF THE CITY ATTORNEY**

By:_____
MIKE DODSON,
Senior Deputy City Attorney
Attorney for City Defendants

**It is so ordered:**

Dated: 7/29/05

/s/electronic signature authorized
_____
The Honorable Jeremy Fogel
Judge of the United States District court

Page 2

    4.    The final hearing date for any and all dispositive motions will be held on October 28, 2005 at 9:00 a.m.

    6.    A pre-trial conference will be conducted on November 11, 2005; the joint pre-trial conference statement is due November 3, 2005

    7.    Trial shall commence on November 14, 2005.

Both counsel are planning vacations in August, and plaintiff's counsel is taking his son on a college planning trip in August. Plaintiff's counsel was additionally involved in a month long trial in Stockton that significantly disrupted his practice and has put everything back by at least a month.

Dated:

**LAW OFFICES OF ANTHONY BOSKOVICH**

By:_____
    ANTHONY BOSKOVICH,
    Attorney for Plaintiff William Chesney

Dated: 7/25/05

**OFFICE OF THE CITY ATTORNEY**

By:_____
    MIKE DODSON,
    Senior Deputy City Attorney
    Attorney for City Defendants

**It is so ordered:**

Dated:

_____
The Honorable Jeremy Fogel
Judge of the United States District court