Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

(408) 286-5150

Attorney for plaintiff WILLIAM CHESNEY

**E-filed 10/19/05**

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM CHESNEY,<br>                        *Plaintiff,*<br>v.<br><br>CITY OF SAN JOSE, a municipal corporation; WILLIAM LANSDOWNE, individually and in his former capacity of Chief of Police for the City of San Jose; OFFICER DELORENZO, BADGE NO. 3796, individually and in his capacity as a San Jose police officer; JOHN DOE and RICHARD ROE, individually and in their capacity as Police Officers for the City of San Jose, the identity and number of whom is unknown to plaintiff; and DOES 1 through 25, inclusive,<br>                        *Defendants.* | No. C 04-0039 JF<br><br>**STIPULATION TO<br>CONTINUE TRIAL** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

1. All non-expert/fact discovery must be completed by February 1, 2006;

2. Expert disclosure must be completed by February 1, 2006. Any counter designation of experts must be completed by February 10, 2006.

3. All expert discovery must be completed by February 20, 2006.

Page 1

4. The final hearing date for any and all dispositive motions will be held on February 15, 2006 at 9:00 a.m.

6. A pre-trial conference will be conducted on March 2, 2006; the joint pre-trial conference statement is due February 27, 2006.

7. Trial shall commence on March 27, 2006

This request is submitted on behalf of of plaintiff's counsel; defendants' counsel does not oppose. Plaintiff's counsel has been diagnosed with torn cartilage and ligaments in his left knee which is currently being managed conservatively. It appears the injury is surgical, although this has not been conclusively determined. Based on counsel's current calendar, it is anticipated that the surgery will be scheduled for November of 2005. As such, plaintiff's counsel requests accommodation from this court and counsel for defendants has no objection.

Dated: 17 October 2005

LAW OFFICES OF ANTHONY BOSKOVICH

By: _____
ANTHONY BOSKOVICH,
Attorney for Plaintiff William Chesney

Dated: 10/17/05

OFFICE OF THE CITY ATTORNEY

By: _____
MIKE DODSON,
Senior Deputy City Attorney
Attorney for City Defendants

It is so ordered:

Dated: 10/19/05

/s/electronic signature authorized
The Honorable Jeremy Fogel
Judge of the United States District court

Page 2