Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

(408) 286-5150

Attorney for plaintiff WILLIAM CHESNEY

**E-filed 3/7/03**

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM CHESNEY,<br>                *Plaintiff*,<br>v.<br><br>CITY OF SAN JOSE, a municipal corporation; WILLIAM LANSDOWNE, individually and in his former capacity of Chief of Police for the City of San Jose; OFFICER DELORENZO, BADGE NO. 3796, individually and in his capacity as a San Jose police officer; JOHN DOE and RICHARD ROE, individually and in their capacity as Police Officers for the City of San Jose, the identity and number of whom is unknown to plaintiff; and DOES 1 through 25, inclusive,<br>                *Defendants*. | No. C 04-0039 JF<br><br>**STIPULATION TO CONTINUE TRIAL** |

       IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

       1.     The pre-trial conference will be conducted on May 1, 2006 at 10:30 a.m.; the joint pre-trial conference statement is due April 24, 2006

       2.     Trial shall commence on May 1 8, 2006.

Page 1

1     This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel.
2 Counsel are negotiating a discovery issue and request a one month continuance for the trial.

4 Dated: 1 March 2006

**LAW OFFICES OF ANTHONY BOSKOVICH**

By: _____
    ANTHONY BOSKOVICH,
    Attorney for Plaintiff William Chesney

8 Dated:

**OFFICE OF THE CITY ATTORNEY**

By: _____
    MIKE DODSON,
    Senior Deputy City Attorney
    Attorney for City Defendants

13 **It is so ordered:**

14 Dated: 3/7/06

_____
The Honorable Jeremy Fogel
Judge of the United States District court

1  This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel.
2  The trial are negotiating a discovery issue and request a one month continuance for the trial.
3
4  Dated:                                    LAW OFFICES OF ANTHONY BOSKOVICH
5
6                                            By: _____
                                                 ANTHONY BOSKOVICH,
                                                 Attorney for Plaintiff William Tierney
7
8  Dated: 3-7-06                             OFFICE OF THE CITY ATTORNEY
9
10                                           By: _____
                                                 MIKE DOYLE,
11                                               Senior Deputy City Attorney
                                                 Attorney for City Defendants
12
13  It is so ordered.
14  Dated: _____              _____
15                                            The Honorable Jeremy Fogel
                                              Judge of the United States District Court
16

Page 2