\*\*E-filed 5/1/06\*\*

1  Anthony Boskovich, No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, 6th Floor
   San Jose, California 95113-1210
3

4  (408) 286-5150

5  Attorney for plaintiff WILLIAM CHESNEY

6

7

8         IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12 WILLIAM CHESNEY,
                                  Plaintiff,         No. C 04-0039 JF
13 v.
                                                     **STIPULATION TO**
14 CITY OF SAN JOSE, a municipal corporation;        **CONTINUE TRIAL**
   WILLIAM LANSDOWNE, individually and in his
15 former capacity of Chief of Police for the City of
   San Jose; OFFICER DELORENZO, BADGE
16 NO. 3796, individually and in his capacity as a San
   Jose police officer; JOHN DOE and RICHARD
17 ROE, individually and in their capacity as Police
   Officers for the City of San Jose, the identity and
18 number of whom is unknown to plaintiff; and
   DOES 1 through 25, inclusive,
19                                Defendants.

20

21       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

22 attorneys of record that having met and conferred regarding the respective calendars of counsel that

23 the Scheduling Order shall be amended as follows:

24       1.      The pre-trial conference will be conducted on June 19, 2006 at 10:30 a.m.; the joint

25               pre-trial conference statement is due June 12, 2006

26       2.      Trial shall commence on July 10, 2006.

27

28                                                                                          Page 1

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150*

1  This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel. The
2  previous discovery issue has not concluded in sufficient time to prepare for the trial, therefore counsel
3  request a two month continuance for the trial.

4  If this trial cannot be completed prior to July 18, 2006, counsel will not be available for trial
5  until September of 2006.

6

7  Dated: 26 April 2006

LAW OFFICES OF ANTHONY BOSKOVICH

By:_____
ANTHONY BOSKOVICH,
Attorney for Plaintiff William Chesney

Dated:

OFFICE OF THE CITY ATTORNEY

By:_____
MIKE DODSON,
Senior Deputy City Attorney
Attorney for City Defendants

**It is so ordered:**

Dated: 4/27/06

_____
The Honorable Jeremy Fogel
Judge of the United States District court

Page 2

1  This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel. The
2  previous discovery issue has not concluded in sufficient time to prepare for the trial, therefore counsel
3  request a two month continuance for the trial.
4  If this trial cannot be completed prior to July 18, 2006, counsel will not be available for trial
5  until September of 2006.
6
7  Dated:                                    LAW OFFICES OF ANTHONY BOSKOVICH
8
                                             By:_____
9                                               ANTHONY BOSKOVICH,
                                                 Attorney for Plaintiff William Chesney
10
11
                                             OFFICE OF THE CITY ATTORNEY
12  Dated: 4/26/06
13                                           By:_____
                                                 MIKE DODSON,
14                                               Senior Deputy City Attorney
                                                 Attorney for City Defendants
15
16  It is so ordered:
17
18  Dated:                                   _____
19                                               The Honorable Jeremy Fogel
                                                 Judge of the United States District court
20
21
22
23
24
25
26
27
28