1  Anthony Boskovich, No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, 6th Floor
   San Jose, California 95113-1210
3
4  (408) 286-5150

5  Attorney for plaintiff WILLIAM CHESNEY

### IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM CHESNEY,<br>　　　　　　　　　Plaintiff,<br>v.<br><br>CITY OF SAN JOSE, a municipal corporation; WILLIAM LANSDOWNE, individually and in his former capacity of Chief of Police for the City of San Jose; OFFICER DELORENZO, BADGE NO. 3796, individually and in his capacity as a San Jose police officer; JOHN DOE and RICHARD ROE, individually and in their capacity as Police Officers for the City of San Jose, the identity and number of whom is unknown to plaintiff; and DOES 1 through 25, inclusive,<br>　　　　　　　　　Defendants. | No. C 04-0039 JF<br><br>**STIPULATION TO CONTINUE TRIAL** |

　　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

　　　　　1.　　The pre-trial conference will be conducted on July 24, 2006 at 10:30 a.m.; the joint pre-trial conference statement is due July 17, 2006

　　　　　2.　　Trial shall commence on July 31, 2006.

1  This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel.
2  Defendant officer is not available to be present for the trial date as is currently scheduled. This
3  stipulation will move the trial date by 3 weeks.

4
5
6  Dated: 8 June 2006

**LAW OFFICES OF ANTHONY BOSKOVICH**

By: _____
 ANTHONY BOSKOVICH,
 Attorney for Plaintiff William Chesney

10 Dated:

**OFFICE OF THE CITY ATTORNEY**

By: _____
 MIKE DODSON,
 Senior Deputy City Attorney
 Attorney for City Defendants

15 **It is so ordered:**

17 Dated:  6/13/06

_____
The Honorable Jeremy Fogel
Judge of the United States District court

1  This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel.
2  Defendant officer is not available to be present for the trial date as is currently scheduled. This
3  stipulation will move the trial date by 3 weeks.

6  Dated:

**LAW OFFICES OF ANTHONY BOSKOVICH**

By:_____
ANTHONY BOSKOVICH,
Attorney for Plaintiff William Chesney

Dated: 6/7/06

**OFFICE OF THE CITY ATTORNEY**

By:_____
MIKE DODSON,
Senior Deputy City Attorney
Attorney for City Defendants

15 It is so ordered:

17 Dated:

_____
The Honorable Jeremy Fogel
Judge of the United States District court

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150