UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM CHESNEY,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, et al.,<br><br>         Defendants. | Case No.: C 04-0039 JF (PVT)<br><br>**ORDER RE STIPULATION RE PRODUCTION OF INTERNAL AFFAIRS' FILES** |

On July 21, 2006, the parties filed a stipulation re production of internal affairs files.[1] Based on the stipulation presented,

IT IS HEREBY ORDERED that the joint request for an *in camera* review of the Internal Affairs files of Defendant Matthew DeLorenzo is GRANTED. Defendants shall lodge copies of the documents with the court no later than noon on Monday, July 24, 2006. The court notes that Plaintiff's unexplained delay[2] in seeking court assistance with the dispute over production of these

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] It appears from the docket that trial is currently set to start on July 31, 2006. Although it appears no discovery cutoff was set in this case, waiting until a week before trial to seek court relief in connection with a discovery dispute runs the distinct risk that there is insufficient time for a motion to compel to be briefed and heard by the court. Even where, as here, the parties have stipulated to an *in camera* review, waiting until the last minute runs the risk that the court will not have sufficient time to complete the review before trial.

ORDER, *page 1*

records would warrant denial of *any* relief. Because the parties have agreed to the *in camera* review, the court will allow the belated request for court assistance. However, based on the court's scheduling needs, the review cannot be completed until July 31, 2006 at the earliest.

Dated: *7/21/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*