<pre>
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION
</pre>

| | |
|---|---|
| WILLIAM CHESNEY, ) | Case No.: C 04-00039 JF (PVT) |
| Plaintiff, ) | |
| ) | **FINAL ORDER RE *IN CAMERA*** |
| v. ) | **REVIEW** |
| ) | |
| CITY OF SAN JOSE, *et. al*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to this court's order, Defendant submitted to the court for *in camera* review the Internal Affairs files of Defendant Matthew DeLorenzo.  Having reviewed the files provided,

IT IS HEREBY ORDERED that no later than 2:00 PM on Thursday, August 2, 2006, Defendant shall produce to Plaintiff the Internal Affairs files of Defendant Matthew DeLorenzo.  The documents produced shall be marked Confidential pursuant to the following protective order.

1.  All officer names referenced in the file shall remain; however, defendants may redact any private information of officers not involved in this lawsuit.

2.  Defendants shall redact from the file name(s) of the complainant, all other private parties mention, and any other identifying information, such as social security numbers, addresses, phone numbers, pictures, vehicle's license plate number, etc.

3.  These documents are considered to be confidential and are to be used for the purpose of the above-captioned litigation only.  Accordingly, the documents and/or their contents may only be disclosed by plaintiff or plaintiff's attorney on an as

needed basis and may be disclosed for the purposes of this litigation only. These confidential documents shall not be disseminated to parties and shall not be used for any other litigation. Photo copies of the documents are subject to the restrictions herein.  Counsel will advise persons given access to any confidential documents, of the confidentiality of these documents.

4. Upon the conclusion of this litigation by final judgment, dismissal, or settlement, these confidential documents shall be returned to the Office of the City Attorney, 200 E. Santa Clara Street, San Jose, California 95113-1905, promptly upon request.

Dated: *7/31/06*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge