**E-Filed 11/17/2006**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM CHESNEY,<br><br>               Plaintiff,<br><br>   v.<br><br>CITY OF SAN JOSE, et al.,<br><br>               Defendants. | Case Number C 04-0039 JF<br><br>ORDER[1] GRANTING MOTION TO RE-TAX COSTS<br><br>[re: docket no. 59] |

      On January 6, 2004, Plaintiff William Chesney ("Chesney") brought suit challenging his arrest for public intoxication. The case proceeded to jury trial, with a finding against Chesney. The Court taxed Chesney costs of $876.70. Chesney moves the Court to re-tax the costs to zero. Chesney testified at trial that he is a person of very limited means and now lives in his car. Defendants have not responded to the motion. The Court heard oral argument on November 17, 2006.

      Fed. Rule Civ. Pro. 54(d)(1) states that costs will be taxed as of course "unless the court otherwise directs," and allows for court review of costs by the filing of a motion within five days

---

[1] This disposition is not designated for publication and may not be cited.

1  of their being taxed.  There is a presumption in favor of taxing costs.  *National Info. Servs., Inc.*
2  *v. TRW, Inc.*, 51 F.3d 1470, 1471-72 (9th Cir.1995).  However, the Ninth Circuit has found that a
3  District Court abuses its discretion if it fails to take into account the indigence of the moving
4  party and the potential chilling effect of costs on future civil rights litigation.  *Stanley v.*
5  *University of Southern California*, 178 F.3d 1069 (9th Cir. 1999).
6        The Court concludes that Chesney's indigence justifies the re-taxing of costs to zero.
7  Accordingly, the Court will grant the motion.
8        IT IS SO ORDERED.

10  DATED: November 17, 2006.

13      JEREMY FOGEL
    United States District Judge

Case No. C 04-0039 JF
ORDER GRANTING MOTION TO RE-TAX COSTS
(JFLC1)

Case 5:04-cv-00039-JF   Document 64   Filed 11/17/06   Page 3 of 3

1  This Order has been served upon the following persons:
2  Anthony Boskovich          policemisconduct@compuserve.com
3  Robert Baker Burchfiel     CAO.Main@ci.sj.ca.us
4  Michael J. Dodson          cao.main@sanjoseca.gov
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C 04-0039 JF
ORDER GRANTING MOTION TO RE-TAX COSTS
(JFLC1)